IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2020 FEB 26 AM 9:34
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

DeMitrius Whitfield

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

The Behavioral Health Clinic

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. 20 CV 516 BPG
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
              (check one)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Demitris Whitfield |
| Street Address | 400 S Bond St |
| City and County | Baltimore |
| State and Zip Code | MD 21231 |
| Telephone Number | 443-810-4296 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rachel Burris |
| Job or Title (if known) | |
| Street Address | 2310 N. Charles |
| City and County | Baltimore |
| State and Zip Code | MD 21218 |
| Telephone Number | 410-844-4110 |
| E-mail Address (if known) | |

Defendant No. 2

    Name: Faith

    Job or Title (if known): IOP Counselor

    Street Address: 2310 N. Charlse

    City and County: Baltimore

    State and Zip Code: MD 21218

    Telephone Number: 410-844-4110

    E-mail Address (if known):

Defendant No. 3

    Name: Syetta

    Job or Title (if known): PRP Director

    Street Address: 2310 N Charles

    City and County: Baltimore

    State and Zip Code: MD 21218

    Telephone Number: 410-844-4110

    E-mail Address (if known):

Defendant No. 4

    Name: Veronica

    Job or Title (if known): Director

    Street Address: 2310 N. Charles St

    City and County: Baltimore

    State and Zip Code: MD 21218

    Telephone Number: 410-844-4110

    E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C § 1331 &
28 U.S.C § 1332

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* Behavioral Health is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* Behavival health clinic, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland. Or is incorporated under the laws of *(foreign nation)*, Baltimove, and has its principal place of business in *(name)* Behavival health clinic.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   75,000 in the claim of health insurance fraud.

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defamation, passing of Accountability, Mis-Information, Minipulation of paperwork, Failure to Accept Responsibilty Corruption of cities Organization, Failed Values and pricipals that was stated in the business proposal to get founded of federal funds; health insurance Fraud, targeted Individual by the health system; As a person that has performed in their treatment program under Mental health Only & Using supportive housing as a base for success; to be also permitted the use of smoking with a Medical Marjawna Card or so I was told / Made Known to the Mental health, IOP + SOP programs it was understood of what was suppose to go along with this; Me getting and paying for the Card while in housing PRP; I was thrown out of this program because of the fact of the residents in the program smoking, which is a violation of the oval agreement made with the organization. I put my share of Money in the house far as food I cannot get back, suffering for the examples to the others in the program to participate in far as emotional entertainment knowing my or trying to trigger a situation to occur. (ADA violation as Amended; 1974) * and the feet of Drugs are still be used inside of the same houses, →

violation of E-Sign Act 2000 (D); stamped or recieved is a sign of Notice of Action by the Courts/organizations in a whole.

All documents have been orally & electronically have been scanned into my file their; so what could they denie.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Before hand the organization asked me how could they help really help " I responded housing." So as of now being on the street all over again " The funds will be used for housing while I come out of these multi-Intentional situations and finishing school without any further deterorations.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff  _____
Printed Name of Plaintiff  _____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.  **For Attorneys**

Date of signing: 2-26, 2020

Signature of Attorney: *[signature]*
Printed Name of Attorney: Demitrus Whitfield
Bar Number: 999-999
Name of Law Firm: Valor Enterprises
Address: 400 S Bond St
Telephone Number: 443-810-4296
Email Address: _____